IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 OCT 20 PM 12:49
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SEALED** |
| Plaintiff, | 4:21CR 3139 |
| vs. | INDICTMENT |
| GEORGE LESLEY WEAVER, JR. and ANNA IDIGIMA, | 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1), (b)(1) |
| Defendants. | |

The Grand Jury Charges:

### COUNT I

Beginning on or about June 1, 2021, and continuing to on or about September 23, 2021, in the District of Nebraska, the defendants, GEORGE LESLEY WEAVER, JR. and ANNA IDIGIMA, knowingly and intentionally, combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: to distribute and possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance; a detectable amount of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; and a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL:

FOREPERSON

The United States of America requests that trial of this case be held at Lincoln, Nebraska, pursuant to the rules of this Court.

*[signature]*
for SARA E. FULLERTON #18314
Assistant United States Attorney