IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:21CR3139** |
| vs. | |
| GEORGE LESLEY WEAVER, JR., and ANNA IDIGIMA, | **ORDER** |
| Defendants. | |

IT IS ORDERED:

1) Defendant Idigima's motions, (Filing Nos. 47 and 48), are granted.

2) The status conference previously set for December 1, 2021 is continued, and it will be held before the undersigned magistrate judge at 10:30 a.m. on December 21, 2021 by telephone. All participants shall use the conferencing information provided by the court to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

3) The Court further finds that the time between today's date and December 21, 2021 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because defense counsel needs more time to review discovery and failing to grant additional time would be contrary to the interests of justice. 18 U.S.C. 3161(h)(7).

Dated this 23rd day of November, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge