IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 AUG 16 AM 11: 25
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE LESLEY WEAVER, JR. and ANNA IDIGIMA,<br><br>Defendant. | 4:21CR3139<br><br>SUPERSEDING INDICTMENT<br>(21 U.S.C. §§ 841(a)(1), 841(b)(1), 846 and 18 U.S.C. § 2) |

The Grand Jury charges that

## COUNT I

Beginning on or about June 1, 2021, and continuing to on or about September 23, 2021, in the District of Nebraska, Defendants GEORGE LESLEY WEAVER, JR. and ANNA IDIGIMA did knowingly and intentionally combine, conspire, confederate, and agree together and with other persons to distribute and possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance; 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, (Fentanyl), a Schedule II controlled substance; and 50 kilograms or more of a detectable amount of marijuana, a Schedule I controlled substance, which resulted in serious bodily injury to the following persons: A.M., B.M. and I.B., in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

1

## COUNT II

On or between about July 15, 2021, and August 4, 2021, in the District of Nebraska, Defendants GEORGE LESLEY WEAVER, JR. and ANNA IDIGIMA did knowingly and intentionally distribute a detectable amount of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance and a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, (Fentanyl), a Schedule II controlled substance, which resulted in serious bodily injury to the following persons: A.M. and B.M..

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1) and Title 18, United States Code, Section 2.

## COUNT III

On or between about August 1, 2021, and August 18, 2021, in the District of Nebraska, Defendants GEORGE LESLEY WEAVER, JR. and ANNA IDIGIMA did knowingly and intentionally distribute a detectable amount of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance and a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, (Fentanyl), a Schedule II controlled substance, which resulted in serious bodily injury to the following person: I.B..

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1) and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
SARA E. FULLERTON #18314
Assistant United States Attorney