IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>GEORGE LESLEY WEAVER JR. and ANNA IDIGIMA,<br><br>              Defendants. | **4:21CR3139**<br><br><br>**ORDER** |

After discussion with defense counsel, parties are still reviewing discovery. Accordingly,

IT IS ORDERED:

1) **As to both defendants**, pretrial motions and briefs shall be filed on or before November 23, 2022.

2) **As to both defendants**, trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on February 6, 2023, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. Jury selection will be held at commencement of trial.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and **as to both defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and February 6, 2023, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(6) & (h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

August 23, 2022.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge