IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiffs,<br><br>vs.<br><br>GEORGE LESLEY WEAVER, JR., and ANNA IDIGIMA,<br><br>           Defendants. | **4:21CR3139**<br><br>**ORDER** |

Defendant Weaver has orally moved to continue the trial and to file a pretrial motion out of time. (Filing No. 82). His counsel explains that he was recently informed that co-defendant Idigima intends to testify at trial, presenting the issue of whether the trial of these defendants must be severed. The motion to continue the trial and to file a pretrial motion is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 82), is granted.

2) As to both defendants, pretrial motions and briefs shall be filed on or before February 3, 2023. The government is given 14 days to respond to the motion.

3) As to both defendants, the trial of this case is continued pending further order of the court.

4) A telephonic conference with counsel will be held before the undersigned magistrate judge at 1:00 p.m. on March 28, 2023 to discuss setting any pretrial motion hearing needed, a change of plea hearing, or the date of the jury trial and deadlines for disclosing

experts as required under Rule 16. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

5) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and as to both defendants, the additional time arising as a result of the granting of the motion, the time between today's date and March 28, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 26th day of January, 2023.

> BY THE COURT:
>
> *s/ Cheryl R. Zwart*
> United States Magistrate Judge