IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiffs,

vs.

GEORGE LESLEY WEAVER, JR.,

    Defendants.

**4:21CR3139**

**ORDER**

    Defendant Weaver moved to sever his trial from the trial of co-defendant, Anna Idigima, (Filing No. 91). He argues his rights under the Confrontation Clause will be compromised if he and Idigima are tried together and Idigima's statements are introduced at trial.

    Idigima will not be tried because she has now entered a plea of guilty. (Filing No. 111). Weaver's motion to sever is therefore moot.

    Accordingly,

    IT IS ORDERED:

1) Defendant Weaver's motion to sever, (Filing No. 91), is denied as moot.

2) A telephonic conference with counsel will be held before the undersigned magistrate judge at 2:30 p.m. on March 9, 2023 to discuss setting any change of plea hearing, or the date of the jury trial and deadlines for disclosing experts as required under Rule 16. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

3) The time between today's date and March 9, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly

diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 7th day of March, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge