IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiffs,<br><br>vs.<br><br>GEORGE LESLEY WEAVER JR.,<br><br>             Defendant. | 4:21CR3139<br><br>ORDER |

    Defendant has orally moved to represent himself in future proceedings for this case, (Filing No. 134), and he requests a copy of the docket sheet, (Filing No. 136). The court questioned the defendant regarding his ability to represent himself, secure a mental health evaluation as suggested by his current counsel prior to sentencing, and raise defenses at sentencing. Based on the defendant's responses, the court finds the defendant has freely, knowingly, and voluntarily decided to represent himself.

    IT IS ORDERED:

1) Retained counsel Oluseyi Oladipo Olowolafe is allowed to withdraw as Defendant's counsel, but he is appointed as standby counsel for Defendant. The clerk shall modify the court's docket sheet accordingly.

2) The clerk shall add defendant's address to the docket sheet and designate him as being self-represented. Copies of all filings shall hereafter be mailed to the defendant.

3) Defendant's request for a copy of the docket sheet is granted, (136), and the docket sheet is attached.

4) The clerk shall forward this memorandum and order to the Federal Public Defender.

5) The Federal Public Defender shall forthwith provide Mr. Olowolafe with the CJA Forms necessary to represent the defendant as standby counsel in accordance with the Criminal Justice Act Plan for this district.

June 13, 2023.                            BY THE COURT:

                                                             *s/ Cheryl R. Zwart*
                                                             United States Magistrate Judge

CUSTODY,LENGTHOFTRIAL−5,PROTECTIVEORDER,TRIAL−LINCOLN

# U.S. District Court
# District of Nebraska (4 Lincoln)
# CRIMINAL DOCKET FOR CASE #: 4:21−cr−03139−JMG−CRZ−1

| | |
|---|---|
| Case title: USA v. Weaver, et al | Date Filed: 10/20/2021 |

Assigned to: Senior Judge John M. Gerrard
Referred to: Magistrate Judge Cheryl R. Zwart

### Defendant (1)

| | | |
|---|---|---|
| **George Lesley Weaver, Jr.** | represented by | **George Lesley Weaver, Jr.**<br>70777−509<br>USP−LEAVENWORTH<br>Address Updated 6/9/23<br>Inmate Mail/Parcels<br>P.O. Box 1000<br>Leavenworth, KS 66048<br>PRO SE<br><br>**Oluseyi Oladipo Olowolafe**<br>OLOWOLAFE LAW FIRM<br>1201 Golden Gate Drive<br>Papillion, NE 68046<br>402−995−9554<br>Email: seyi.olowolafe@ololawfirm.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Standby Counsel, CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE AND POSSESSION WITH INTENT TO DISTRIBUTE 5 KILOGRAMS OR MORE OF COCAINE, A DETECTABLE AMOUNT OF FENTANYL, AND A DETECTABLE AMOUNT OF MARIJUANA<br>(1) | |
| 21:846 CONSPIRACY TO DISTRIBUTE/POSSESSION WITH INTENT TO DISTRIBUTE 5 KILOS OR MORE OF COCAINE, 400 GRAMS OR MORE OF FENTANYL AND 50 KG OR MORE OF MARIJUANA RESULTING IN SERIOUS BODILY INJURY<br>(1s) | |
| 21:841(a)(1), 841(b)(1) and 18:2 DISTRIBUTE MIXTURE CONTAINING COCAINE AND FENTANYL RESULTING IN SERIOUS BODILY INJURY<br>(2s−3s) | |

### Highest Offense Level (Opening)

Felony

**Terminated Counts**  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**  **Disposition**

None

---

**Plaintiff**

**USA**  represented by  **Sara E. Fullerton**
U.S. ATTORNEY'S OFFICE – LINCOLN
100 Centennial Mall North
Suite 487, Federal Building
Lincoln, NE 68508–3865
(402) 437–5241
Fax: (402) 437–5390
Email: sara.fullerton@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2021 | 1 | PART 1 OF 2 – INDICTMENT with foreperson's signature redacted pursuant to the E–Government Act as to defendant George Lesley Weaver, Jr., Anna Idigima. (ADB) (Entered: 10/20/2021) |
| 10/20/2021 | 2 | PART 2 OF 2 – FOREPERSON'S SIGNATURE PAGE regarding Indictment 1 as to defendants George Lesley Weaver, Jr., Anna Idigima. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI–DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (ADB) (Entered: 10/20/2021) |
| 10/20/2021 | 3 | CRIMINAL COVER SHEET as to defendants George Lesley Weaver, Jr., Anna Idigima. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E–GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI–DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (ADB) (Entered: 10/20/2021) |
| 10/20/2021 |   | Remark – Public: Case filed under seal on 10/20/2021 and unsealed on 10/21/2021 pursuant to memorandum as to defendants George Lesley Weaver, Jr. and Anna Idigima. (JAB) (Entered: 10/21/2021) |
| 10/21/2021 | 5 | NOTICE (MEMORANDUM) TO UNSEAL CRIMINAL CASE by Attorney Sara E. Fullerton as to defendants George Lesley Weaver, Jr. and Anna Idigima. (JAB) (Entered: 10/21/2021) |
| 10/21/2021 | 6 | RESTRICTED HEARING INSTRUCTIONS AND ORDER as to defendant George Lesley Weaver, Jr. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI–DEFENDANT CASES MAY ACCESS THIS DOCUMENT. **Initial Appearance set for 10/22/2021 at 03:15 PM** by Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. At the time of the hearing, the defendant must be connected to the videoconference using the connection information contained herein. Ordered by Magistrate Judge Cheryl R. Zwart. (E–mailed to Lancaster |

| | | |
|---|---|---|
| | | County)(JAB) (Entered: 10/21/2021) |
| 10/21/2021 | 8 | MOTION for Writ of Habeas Corpus Ad Prosequendum by Attorney Sara E. Fullerton as to defendant(s) George Lesley Weaver, Jr.. (Fullerton, Sara) (Entered: 10/21/2021) |
| 10/21/2021 | 10 | ORDER and WRIT granting 8 Motion for Writ of Habeas Corpus ad prosequendum as to George Lesley Weaver Jr. (1). ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E–GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI–DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Magistrate Judge Cheryl R. Zwart. (E–mailed to USM)(JAB) (Entered: 10/21/2021) |
| 10/21/2021 | 12 | NOTICE OF ATTORNEY APPEARANCE by Attorney Oluseyi Oladipo Olowolafe as to defendant(s) George Lesley Weaver, Jr.. (Olowolafe, Oluseyi) (Entered: 10/21/2021) |
| 10/22/2021 | 15 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart on 10/22/2021 as to defendant George Lesley Weaver, Jr. Initial Appearance on Indictment held by videoconferrence with consent of the defendant. Appointment of counsel waived. Defendant has retained counsel. Arraignment on Indictment held. Not guilty plea entered. Over objection of Defendant, Government granted 4 weeks to complete discovery. Court finds case is "unusual and complex" and therefore exempt from the requirements of the Speedy Trial Act. Trial date will not be set at this time, instead a **Telephonic Status Conference is set for 12/1/2021 at 1:30 PM** before Judge Zwart. Joint progression order to be issued. Government moves for detention. **Detention Hearing set for 10/27/2021 at 11:00 a.m.** by videoconference before Magistrate Judge Cheryl R. Zwart. Defendant remanded to the custody of the U.S. Marshal to be held on temporary order of detention. Appearance for Plaintiff: Sara E. Fullerton; For Defendant: Oluseyi Oladipo Olowolafe, retained. Courtroom Deputy: Jeri Bierbower. Reporter: Digital Recorder. Time Start: 3:14 PM; Time Stop: 3:25 PM; Time in Court: 11 Minutes. (JAB) (Entered: 10/22/2021) |
| 10/22/2021 | 17 | JOINT ORDER FOR PROGRESSION OF A COMPLEX CRIMINAL CASE as to defendants George Lesley Weaver, Jr. and Anna Idigima.<br>− Within four (4) weeks of this date, counsel shall confer and accomplish discovery in accordance with NECrimR 16.1 and Fed.R.Crim.P. 16.<br>− **Status Conference set for 12/1/2021 at 01:30 PM by Telephone** before Magistrate Judge Cheryl R. Zwart. Court will send instructions for participation on the call. Defense counsel and counsel for the government shall attend.<br>− At the request of the Government, Court finds that the time between today and December 1, 2021 is excluded under the Speedy Trial Act because this case is "unusual and complex," and is exempted from the time restrictions of that Act, 18 U.S.C. 3161(h)(7)(B)(ii)i. Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.<br>Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 10/22/2021) |
| 10/22/2021 | 18 | RESTRICTED CASE TELEPHONE CONFERENCE INSTRUCTIONS as to defendants George Lesley Weaver, Jr. and Anna Idigima. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E–GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI–DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 10/22/2021) |
| 10/22/2021 | 19 | TEXT NOTICE OF HEARING as to defendant George Lesley Weaver, Jr. Detention Hearing set for 10/27/2021 11:00 AM Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 10/22/2021) |
| 10/22/2021 | 20 | 🔊 AUDIO FILE (2.4 MB) as to defendant George Lesley Weaver, Jr. regarding Initial Appearance 15 held on 10/22/2021 at 3:14 p.m. before Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 10/25/2021) |
| 10/22/2021 | 22 | TEXT ORAL MOTION – for detention by Attorney Sara E. Fullerton as to defendant George Lesley Weaver, Jr. (JAB) (Entered: 10/25/2021) |

| | | |
|---|---|---|
| 10/25/2021 | 25 | RESTRICTED HEARING INSTRUCTIONS AND ORDER as to defendant George Lesley Weaver, Jr. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Defendant's **Detention Hearing will be held at 11:00 a.m. on October 27, 2021** before the undersigned magistrate judge. At the time of the hearing, the defendant must be connected to the videoconference using the connection information contained herein. Ordered by Magistrate Judge Cheryl R. Zwart. (E−mailed to Lancaster County)(JAB) (Entered: 10/25/2021) |
| 10/25/2021 | 26 | NOTICE OF ATTORNEY APPEARANCE by Attorney John J. Schoettle appearing for USA by Attorney John J. Schoettle as to defendant(s) George Lesley Weaver, Jr., Anna Idigima. (Schoettle, John) (Entered: 10/25/2021) |
| 10/27/2021 | 28 | INDEX *of Evidentiary Materials* by Attorney Sara E. Fullerton as to defendant(s) George Lesley Weaver, Jr., Anna Idigima. (Attachments: # 1 Exhibit 1)(Fullerton, Sara) (Entered: 10/27/2021) |
| 10/27/2021 | 33 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart 0n 10/27/2021 as to defendant George Lesley Weaver, Jr. Detention Hearing held by videoconference with consent of the defendant. Court takes judicial notice of Indictment 1 and Addendum to Pretrial Services Report 27 . Court also receives into evidence Government's Exhibit 1 found at filing 28 without objection be defendant. Argument by both parties. Government's oral motion for detention 22 is granted. Court finds based on the information presented, defendant has not shown by clear and convincing evidence that he is not a danger to the community if released. Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of the court. Appearance for Plaintiff: Sara E. Fullerton; For Defendant: Oluseyi Oladipo Olowolafe, retained. Courtroom Deputy: Jeri Bierbower. Reporter: Digital Recorder. Time Start: 11:05 AM; Time Stop: 11:14 AM; Time in Court: 9 Minutes. (JAB) (Entered: 10/27/2021) |
| 10/27/2021 | 34 | 🔊 AUDIO FILE. Audio as to Defendant (1) George Lesley Weaver Jr.. Court Date & Time [ 10/27/2021 11:05:20 AM ]. File Size [ 1868 KB ]. Run Time [ 00:07:47 ]. (Detention hearing). (auto−docket). (Entered: 10/27/2021) |
| 10/29/2021 | 35 | ORDER of Detention pending trial as to defendant George Lesley Weaver, Jr. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 10/29/2021) |
| 11/19/2021 | 45 | MOTION for a Protective Order by Attorney Sara E. Fullerton as to defendant(s) George Lesley Weaver, Jr., Anna Idigima. (Fullerton, Sara) (Entered: 11/19/2021) |
| 11/20/2021 | 46 | PROTECTIVE ORDER granting 45 Motion as to George Lesley Weaver Jr. and Anna Idigima.<br>Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 11/20/2021) |
| 11/22/2021 | 47 | UNOPPOSED MOTION to Continue *Phone Conference* by Attorney Jamel J. W. Connor as to defendant(s) George Lesley Weaver, Jr., Anna Idigima. (Connor, Jamel) (Entered: 11/22/2021) |
| 11/22/2021 | 48 | UNOPPOSED MOTION to Continue *Phone Conference* by Attorney Jamel J. W. Connor as to defendant(s) George Lesley Weaver, Jr., Anna Idigima. (Connor, Jamel) (Entered: 11/22/2021) |
| 11/23/2021 | 49 | ORDER granting Defendant idigima's Motions 47 and 48 are granted as to George Lesley Weaver Jr. (1) and Anna Idigima (2). The status conference previously set for December 1, 2021 is continued, and it will be held before the undersigned magistrate judge at 10:30 a.m. on December 21, 2021 by telephone. All participants shall use the conferencing information provided by the court to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference. The time between todays date and December 21, 2021 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Ordered by Magistrate Judge Cheryl R. Zwart. (MKR) (Entered: 11/23/2021) |
| 12/21/2021 | 54 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart on 12/21/2021 as to defendants George Lesley Weaver, Jr. and Anna Idigima. Telephonic status hearing held. Defendants are not present on the call. New counsel |

| | | |
|---|---|---|
| | | was just appointed for defendant Idigima. Defense counsel's unopposed oral motion to set another status conference is granted. **Status Conference set for 2/24/2022 at 10:00 AM** by Telephone before Magistrate Judge Cheryl R. Zwart. Parties are directed to use the conference instructions found in filing 18 for participation in the conference. Time between today's date and the anticipated hearing is excluded for purposes of computing the limits under the Speedy Trial Act. Appearance for Plaintiff: Sara E. Fullerton; for Defendant Weaver: Oluseyi Oladipo Olowolafe, retained; for Defendant Idigima: Jerry M. Hug, CJA.; Courtroom Deputy: Jeri Bierbower; Court Reporter: digital. Time Start: 10:30 AM; Time Stop: 10:36 AM; Time in Court: 6 Minutes. (JAB) (Entered: 12/21/2021) |
| 12/21/2021 | 55 | AUDIO FILE (1.1 MB) as to defendants George Lesley Weaver, Jr. and Anna Idigima regarding Status Conference 54 held on 12/21/2021 at 10:30 a.m. before Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 12/21/2021) |
| 12/21/2021 | 56 | ORDER as to defendants George Lesley Weaver, Jr. and Anna Idigima. Defense counsel's unopposed oral motion to set another status conference is granted. **Status Conference set for 2/24/2022 at 10:00 AM by Telephone** before Magistrate Judge Cheryl R. Zwart. Parties are directed to use the conference instructions found in filing 18 for participation in the conference. Time between today's date and the anticipated hearing is excluded for purposes of computing the limits under the Speedy Trial Act because this case remains "unusual and complex," and is exempted from the time restrictions of that Act, 18 U.S.C. 3161(h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 12/21/2021) |
| 02/24/2022 | 63 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart on 2/24/2022 as to defendant George Lesley Weaver, Jr. and Anna Idigima. Telephonic status hearing held. Defendants are not present on the call. Defense counsels' unopposed oral motion to set another status conference is granted. **Status Conference set for 5/24/2022 at 10:00 AM** by Telephone before Magistrate Judge Cheryl R. Zwart. Parties are directed to use the conference instructions found in filing 18 for participation in the conference. Time between today's date and the anticipated hearing is excluded for purposes of computing the limits under the Speedy Trial Act. Appearance for Plaintiff: Sara E. Fullerton and John J. Schoettle; for Defendant Weaver: Oluseyi Oladipo Olowolafe, retained; For Defendant Idigima: Jerry M. Hug, CJA; Courtroom Deputy: Jeri Bierbower; Court Reporter: digital. Time Start: 10:03 AM; Time Stop: 10:10 AM; Time in Court: 7 Minutes. (JAB) (Entered: 02/24/2022) |
| 02/24/2022 | 64 | AUDIO FILE (1.4 MB) as to defendants George Lesley Weaver, Jr. and Anna Idigima regarding Telephonic Status Conference 63 held on 2/24/2022 at 10:03 AM before Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 02/24/2022) |
| 02/24/2022 | 65 | ORDER as to defendants George Lesley Weaver, Jr. and Anna Idigima. After conferring with counsel, another status conference will be held before the undersigned magistrate judge at **10:00 a.m. on May 24, 2022 by telephone**. All participants shall use the conferencing information provided by the court, (see Filing No. 18 ), to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference. The court finds that the time between today's date and May 24, 2022 is excluded in any computation of time under the Speedy Trial Act because this case remains "unusual and complex," and is exempted from the time restrictions of that Act, 18 U.S.C. 3161(h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 02/24/2022) |
| 05/24/2022 | 68 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart on 5/24/2022 as to defendants George Lesley Weaver, Jr. and Anna Idigima. Telephonic status hearing held. Defendants are not present on the call. Defense counsels' unopposed oral motion to set another status conference is granted. **Status Conference set for 8/23/2022 at 10:00 AM by Telephone** before Magistrate Judge Cheryl R. Zwart. Parties are directed to use the conference instructions found in filing 18 for participation in the conference. Time between today's date and the anticipated hearing is excluded for purposes of computing the limits under the Speedy Trial Act. Appearance for Plaintiff: Sara E. Fullerton and John J. Schoettle; for Defendant |

| | | |
|---|---|---|
| | | Weaver: Oluseyi Oladipo Olowolafe, retained; For Defendant Idigima: Jerry M. Hug, CJA; Courtroom Deputy: Jeri Bierbower; Court Reporter: digital. Time Start: 10:03 AM; Time Stop: 10:09 AM; Time in Court: 6 Minutes. (JAB) (Entered: 05/24/2022) |
| 05/24/2022 | 69 | 🔊 AUDIO FILE. Audio as to Defendants George Lesley Weaver Jr. and Anna Idigima. Court Date & Time [ 5/24/2022 10:03:00 AM ]. File Size [ 1361 KB ]. Run Time [ 00:05:40 ]. (Telephone Conference). (auto−docket). Modified on 5/24/2022 to add 2nd defendant's name. (JAB) (Entered: 05/24/2022) |
| 05/24/2022 | 70 | ORDER as to defendants George Lesley Weaver, Jr. and Anna Idigima. After conferring with counsel, another status conference will be held before the undersigned magistrate judge at **10:00 a.m. on August 23, 2022 by telephone**. All participants shall use the conferencing information provided by the court, (see Filing No. 18 ), to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference. The court finds that the time between today's date and August 23, 2022 is excluded in any computation of time under the Speedy Trial Act because this case remains "unusual and complex," and is exempted from the time restrictions of that Act, 18 U.S.C. 3161(h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 05/24/2022) |
| 08/16/2022 | 71 | PART 1 OF 2 – SUPERSEDING INDICTMENT with foreperson's signature redacted pursuant to the E−Government Act as to defendants George Lesley Weaver, Jr. and Anna Idigima. (LKO) (Entered: 08/16/2022) |
| 08/16/2022 | 72 | PART 2 OF 2 – FOREPERSON'S SIGNATURE PAGE regarding Superseding Indictment 71 as to defendants George Lesley Weaver, Jr. and Anna Idigima. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LKO) (Entered: 08/16/2022) |
| 08/16/2022 | 73 | CRIMINAL COVER SHEET as to defendants George Lesley Weaver, Jr. and Anna Idigima. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LKO) (Entered: 08/16/2022) |
| 08/23/2022 | 74 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart on 8/23/2022 as to defendant George Lesley Weaver, Jr. and Anna Idigima. Status hearing held by telephone. Defendants not present. Defense counsel are still reviewing discovery. Pretrial motions to be filed by 11/23/2022. 7 day Jury Trial set for 2/6/2023 at 9:00 AM in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge John M. Gerrard. Defendants' oral waiver of speedy trial is accepted. The time between today's date and 2/6/2023 is excluded from Speedy Trial calculations. Appearance for Plaintiff: Sara E. Fullerton; for Defendant Weaver: Oluseyi Oladipo Olowolafe, retained; for Defendant Idigima: Jerry M. Hug, CJA; Courtroom Deputy: Jeri Bierbower; Court Reporter: digital. Time Start: 10:09 AM; Time Stop: 10:19 AM; Time in Court: 10 Minutes. (JAB) (Entered: 08/23/2022) |
| 08/23/2022 | 75 | 🔊 AUDIO FILE (2.1 MB) as to defendants George Lesley Weaver, Jr. and Anna Idigima regarding Status Conference 74 held on 8/23/2022 at 10:09 am before Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 08/23/2022) |
| 08/23/2022 | 76 | ORDER as to defendants George Lesley Weaver, Jr. and Anna Idigima.<br>1) **As to both defendants**, Pretrial Motion Deadline set for **November 23, 2022**.<br>2) **As to both defendants**, 7−day Trial set before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **February 6, 2023**.<br>3) **As to both defendants**, the time between today's date and February 6, 2023, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Failing to timely object to this order as provided under this courts local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act. |

| | | |
|---|---|---|
| | | Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 08/24/2022) |
| 09/13/2022 | 78 | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT and ORDER regarding Superseding Indictment 71 as to defendant George Lesley Weaver, Jr. Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 09/13/2022) |
| 01/26/2023 | 81 | TEXT ORDER SETTING HEARING: As to both defendants, a telephonic conference will be held today, January 26, 2023 at 2:00 PM before Magistrate Judge Cheryl R. Zwart. Counsel shall use the conferencing instructions assigned to this case (see filing 18 ) to participate. Ordered by Magistrate Judge Cheryl R. Zwart. (Zwart, Cheryl) (Entered: 01/26/2023) |
| 01/26/2023 | 82 | TEXT ORAL MOTION to Continue the trial and to file a pretrial motion out of time by Attorney Oluseyi Oladipo Olowolafe as counsel for defendant George Lesley Weaver, Jr. (Zwart, Cheryl) (Entered: 01/26/2023) |
| 01/26/2023 | 83 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart as to defendants George Lesley Weaver, Jr., Anna Idigima. Telephone Conference held on 1/26/2023. Oral motion by defendant George Lesley Weaver, Jr. to continue trial and to file a pretrial motion. Pretrial motions to be filed by February 3, 2023. Trial continued pending further order of the court. Telephone conference set for March 28, 2023 at 1:00 p.m. Appearance for Plaintiff: Sara E. Fullerton and John Schoettle; for Defendant Weaver: Oluseyi Oladipo Olowolafe, retained; for Defendant Idigima: Jerry M. Hug, CJA; Courtroom Deputy: Laura Monsees; Court Reporter: digital. Time Start: 1:59 pm; Time Stop: 2:16 pm; Time in Court: 17 Minutes. (LRM) (Entered: 01/26/2023) |
| 01/26/2023 | 84 | 🔊 AUDIO FILE. Audio as to Defendant (1) George Lesley Weaver Jr.. Court Date & Time [ 1/26/2023 1:59:37 PM ]. File Size [ 3932 KB ]. Run Time [ 00:16:23 ]. (Telephone Conference). (auto-docket). (Entered: 01/26/2023) |
| 01/26/2023 | 86 | ORDER granting Defendant's 82 Motion to Continue. as to George Lesley Weaver Jr. (1) andAnna Idigima (2). As to both defendnats, pretrial motions and briefs shall be filed on or before 2/3/2023. Telephone Conference set for 3/28/2023 at 01:00 PM by Telephone before Magistrate Judge Cheryl R. Zwart. The additional time arising as a result of the granting of the motion, the time between todays date and March 28, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Ordered by Magistrate Judge Cheryl R. Zwart. (MKR) (Entered: 01/26/2023) |
| 01/31/2023 | 87 | RESTRICTED MOTION for New Counsel as to defendant George Lesley Weaver, Jr. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (MKR) (Entered: 01/31/2023) |
| 02/02/2023 | 88 | RESTRICTED HEARING INSTRUCTIONS AND ORDER regarding RESTRICTED MOTION 87 as to defendant George Lesley Weaver, Jr. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Motion Hearing set for **2/3/2023 at 03:00 PM** by Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (E-mailed to Saline) (LRM) (Entered: 02/02/2023) |
| 02/03/2023 | 89 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart as to defendant George Lesley Weaver, Jr. Hearing held regarding Defendant's restricted motion 87 . After discussion, defendant's motion is denied. Defendant has decided he wants to keep his current attorney. The status conference on 3/28/2023 at 01:00 PM will remain set as scheduled. Appearance for Plaintiff: Sara E. Fullerton and John J. Schoettle; For Defendant: Oluseyi Oladipo Olowolafe, retained. Courtroom Deputy: Laura Monsees. Reporter: Digital Recorder. Time Start: 3:00 PM; Time Stop: 3:06 PM; Time in Court: 6 Minutes. (LRM) (Entered: 02/03/2023) |

| | | |
|---|---|---|
| 02/03/2023 | 90 | 🔊 RESTRICTED AUDIO FILE (1.0 MB) as to defendant George Lesley Weaver, Jr. regarding Hearing on Restricted Motion 89 held on 02/03/2023 at 3:00 PM before Magistrate Judge Cheryl R. Zwart. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E–GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI–DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LRM) (Entered: 02/03/2023) |
| 02/03/2023 | 91 | MOTION to Sever by Attorney Oluseyi Oladipo Olowolafe as to defendant(s) George Lesley Weaver, Jr.. (Olowolafe, Oluseyi) (Entered: 02/04/2023) |
| 02/04/2023 | 92 | BRIEF in support of MOTION to Sever 91 by Attorney Oluseyi Oladipo Olowolafe as to defendant(s) George Lesley Weaver, Jr.. (Olowolafe, Oluseyi) (Entered: 02/04/2023) |
| 02/14/2023 | 103 | RESPONSE regarding MOTION to Sever 91 by Attorney Sara E. Fullerton as to defendant(s) George Lesley Weaver, Jr.. (Fullerton, Sara) (Entered: 02/14/2023) |
| 03/07/2023 | 112 | ORDER denying Defendant Weaver's 91 Motion to Sever as moot as to George Lesley Weaver Jr. (1). A telephonic conference with counsel will be held before the undersigned magistrate judge at 2:30 p.m. on March 9, 2023 to discuss setting any change of plea hearing, or the date of the jury trial and deadlines for disclosing experts as required under Rule 16. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call. The time between today's date and March 9, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Ordered by Magistrate Judge Cheryl R. Zwart. (MKR) (Entered: 03/07/2023) |
| 03/07/2023 | 113 | TEXT NOTICE OF HEARING as to George Lesley Weaver, Jr. regarding Order on Motion to Sever 112 as to defendant George Lesley Weaver, Jr. Magistrate Judge Cheryl R. Zwart.(MKR) (Entered: 03/07/2023) |
| 03/09/2023 | 114 | ORDER as to defendant George Lesley Weaver, Jr. Change of Plea Hearing set for 3/17/2023 at 01:00 PM in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Jury Trial set for 6/5/2023 at 09:00 AM in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Senior Judge John M. Gerrard. The time between March 9, 2023 and June 5, 2023, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Ordered by Magistrate Judge Cheryl R. Zwart. (MKR) (Entered: 03/09/2023) |
| 03/17/2023 | 115 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 3/17/2023 as to defendant George Lesley Weaver, Jr. Defendant's oral consent to proceed before Magistrate Judge accepted. Defendant rearraigned on Superseding Indictment. Change of Plea Hearing held. Defendant withdraws plea of not guilty and enters a Guilty plea to Count I of the Superseding Indictment. Government will move to dismiss remaining charges at sentencing. Court finds that the plea is knowing, intelligent and voluntary and that there is a factual basis for it. Recommended that plea and plea agreement be accepted at or before sentencing. Sentencing is scheduled for 6/16/2023 at 10:30 a.m. before Senior Judge Gerrard. Defendant remanded to the custody of the U.S. Marshal. Written Findings and Recommendation will be issued. Appearance for Plaintiff: Sara E. Fullerton and John J. Schoettle; For Defendant: Oluseyi Oladipo Olowolafe, retained; Courtroom Deputy: Jeri Bierbower; Reporter: Digital Recorder. Time Start: 12:59 PM; Time Stop: 1:34 PM; Time in Court: 35 Minutes. (JAB) (Entered: 03/17/2023) |
| 03/17/2023 | 116 | 🔊 AUDIO FILE. Audio as to Defendant (1) George Lesley Weaver Jr.. Court Date & Time [ 3/17/2023 12:59:34 PM ]. File Size [ 8089 KB ]. Run Time [ 00:33:42 ]. (Change of Plea hearing). (auto–docket). (Entered: 03/17/2023) |
| 03/17/2023 | 117 | PETITION to enter plea of guilty as to defendant George Lesley Weaver, Jr. (JAB) (Entered: 03/17/2023) |
| 03/17/2023 | 118 | PLEA AGREEMENT as to defendant George Lesley Weaver, Jr. (JAB) (Entered: 03/17/2023) |
| 03/17/2023 | 119 | FINDINGS AND RECOMMENDATION ON PLEA OF GUILTY to the Honorable John M. Gerrard, United States District Judge, that after de novo review, the court |

| | | |
|---|---|---|
| | | accept the guilty plea and plea agreement, and find the defendant guilty of the crime to which the defendant tendered a guilty plea as to defendant George Lesley Weaver, Jr. If any party desires to object to the findings and recommendation, they shall do so no later than 14 calendar days following the date of the filing of the plea transcript, or the audio recording of the proceeding, whichever is earlier. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 03/17/2023) |
| 03/17/2023 | [120](#) | ORDER ON SENTENCING SCHEDULE as to defendant George Lesley Weaver, Jr. **Sentencing set for 6/16/2023 at 10:30 AM** in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Senior Judge John M. Gerrard. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 03/17/2023) |
| 03/17/2023 | [121](#) | LETTER BY CLERK that a transcript request was sent to Lisa Grimminger for transcription regarding Change of Plea Hearing 115 . Transcript ordered by Magistrate Judge Cheryl R. Zwart as to defendant George Lesley Weaver, Jr. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E–GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI–DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (MKR) (Entered: 03/17/2023) |
| 04/14/2023 | [122](#) | TRANSCRIPT (UNREDACTED) of Change of Plea proceedings before Magistrate Judge Cheryl R. Zwart held on March 17, 2023, as to defendant George Lesley Weaver, Jr. Total Number of Billable Pages: 31. Total Number of Pages: 31. In accordance with the transcript redaction procedure, available at **http://www.ned.uscourts.gov/internetDocs/pom/tran_redaction_procedure.pdf,** the transcript may be viewed at the court's public terminal or purchased through Transcriber Lisa Grimminger at (402) 437–1908 before the expiration of the Release of Transcript Restriction deadline. The parties have 7 calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E–GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI–DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Redaction Request due 5/5/2023. Redacted Transcript Deadline set for 5/15/2023. Release of Transcript Restriction set for 7/13/2023. (LGG) (Entered: 04/14/2023) |
| 04/14/2023 | [123](#) | MEMORANDUM AND ORDER adopting the Magistrate Judge's 119 Findings and Recommendations on Plea of Guilty as to George Lesley Weaver Jr. (1). The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea. The Court defers acceptance of any plea agreement until the time of sentencing, pursuant to Fed. R. Crim. P. 11(c)(3). Unless otherwise stated at the time of sentencing, any plea agreement will be deemed accepted upon the pronouncement of the judgment and sentence. This case shall proceed to sentencing. Ordered by Senior District Judge John M. Gerrard. (MKR) (Entered: 04/14/2023) |
| 05/08/2023 | [126](#) | UNOPPOSED MOTION to Continue *Sentencing Schedule* by Attorney Oluseyi Oladipo Olowolafe as to defendant(s) George Lesley Weaver, Jr.. (Olowolafe, Oluseyi) (Entered: 05/08/2023) |
| 05/09/2023 | 127 | TEXT ORDER granting [126](#) Motion to Continue. as to George Lesley Weaver Jr. Objections by counsel to the initial presentence report shall be made on or before September 1, 2023. The probation office shall submit the initial or revised presentence report to the Court and counsel on or before September 11, 2023. The proposals to the probation office and motions to the Court set forth in Paragraph 6 of the Court's Order on Sentencing Schedule [120](#) shall be filed on or before September 21, 2023. The Court's tentative sentencing findings shall be filed on or before September 28, 2023. Sentencing is continued to October 26, 2023 at 10:00 AM in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Senior Judge John M. Gerrard. Ordered by Senior Judge John M. Gerrard. (DCD) (Entered: |

| | | |
|---|---|---|
| | | 05/09/2023) |
| 05/12/2023 | 128 | MOTION to Withdraw as Attorney *(John J. Schoettle)* by Attorney Sara E. Fullerton as to defendant(s) George Lesley Weaver, Jr., Anna Idigima. (Fullerton, Sara) (Entered: 05/12/2023) |
| 05/15/2023 | 129 | TEXT ORDER granting 128 Motion to Withdraw as Attorney for the government. Mr. Schoettle is withdrawn as counsel for the government and will no longer receive ECF notices in this case. Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 05/15/2023) |
| 06/06/2023 | 133 | RESTRICTED HEARING INSTRUCTIONS AND ORDER regarding SEALED MOTION as to defendant George Lesley Weaver, Jr. 132 . ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. **Motion Hearing set for 6/9/2023 at 01:00 PM** by Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. At the time of the hearing, the defendant must be connected to the videoconference using the connection information contained herein. Ordered by Magistrate Judge Cheryl R. Zwart. (E−mailed to USPLV)(JAB) (Entered: 06/06/2023) |
| 06/09/2023 | 134 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart on 6/9/2023 as to defendant George Lesley Weaver, Jr. Hearing held regarding defendant's issues raised in filing 132 . After much discussion, Defendant's oral motion to proceed pro se is granted. Court finds defendant has knowingly and voluntarily waived his right to counsel. Defendant is permitted to proceed without counsel, but Oluseyi Oladipo Olowolafe is appointed as stand−by counsel for defendant. Mr. Olowolafe is not permitted to give defendant any assistance as to legal advice until the defendant asks for him to be reappointed as his attorney. Court orders audio of hearing be sealed. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Appearance for Plaintiff: Sara E. Fullerton (left hearing at 1:01 PM); For Defendant: Oluseyi Oladipo Olowolafe. (CJA stand−by counsel) Time Start: 1:00 PM; Time Stop: 1:21 PM; Time in Court: 20 Minutes. (JAB) (Entered: 06/09/2023) |
| 06/12/2023 | 136 | MOTION for Copies as to defendant George Lesley Weaver, Jr. (MKR) (Entered: 06/12/2023) |