IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>GEORGE LESLEY WEAVER, JR.,<br><br>　　　　　　　Defendant. | 4:21CR3139<br><br>**ORDER** |

　　　Defendant has filed a motion to receive a copy of the transcript and audio file for his change of plea hearing, (Filing No. 160), a motion regarding dismissal of Count I and for a bill of particulars, (Filing No. 161), and a motion for appointment of new counsel. (Filing No. 162).

　　　Defendant has pleaded guilty to Count I of Superseding Indictment, and his motion to withdraw that plea was denied. As such, any motion to dismiss or motion for bill of particulars is moot.

　　　Defendant may receive a copy of the plea hearing transcript upon prepayment of the transcript copy charges. In the alternative, he could ask his standby counsel to bring the audio file of the plea hearing (or the plea transcript if standby counsel received a copy before Defendant asked him to withdraw) to the jail for Defendant's review—requests that would allow Defendant to review the plea proceedings at no cost. Defendant is hereby advised that the transcript includes all statements made during the plea hearing, so receiving both the transcript and the audio file is redundant.

Defendant requests appointed counsel. Defendant initially retained counsel. Since he has never submitted a financial affidavit to the court, his motion for appointment of counsel cannot be considered at this time.

Accordingly,

IT IS ORDERED:

1) As to defendant's motion for a copy of his plea transcript, (Filing No. 160), upon receipt of the $15.50 cost for a copy of the plea transcript, the clerk shall mail a copy of the transcript to the defendant.

2) Defendant's motion for a bill of particulars and to dismiss Count I of the Indictment, (Filing No. 161), is denied as moot.

3) Defendant's motion for appointment of counsel, (Filing No. 162), is denied without prejudice to refiling the motion with a completed financial affidavit. The financial affidavit form is attached.

4) The clerk shall mail a copy of this order to the defendant at his current location of detention.

Dated this 26th day of July, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES**  ☐ DISTRICT COURT    ☐ COURT OF APPEALS    ☐ OTHER *(Specify Below)*

IN THE CASE OF _____ V. _____

FOR _____
AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED *(Show your full name)*: _____

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge: _____
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE *(Describe if applicable & check box→)*   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job?  ☐ Yes  ☐ No
IF YES, how much do you earn per month? _____
Will you still have a job after this arrest?  ☐ Yes  ☐ No  ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $_____ | _____ |
| Car/Truck/Vehicle | $_____ | _____ |
| Boat | $_____ | _____ |
| Stocks/bonds | $_____ | _____ |
| Other property | $_____ | _____ |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts?  ☐ Yes  ☐ No
IF YES, give the total approximate amount after monthly expenses  $_____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? _____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $_____ | $_____ |
| Groceries | $_____ | $_____ |
| Medical expenses | $_____ | $_____ |
| Utilities | $_____ | $_____ |
| Credit cards | $_____ | $_____ |
| Car/Truck/Vehicle | $_____ | $_____ |
| Childcare | $_____ | $_____ |
| Child support | $_____ | $_____ |
| Insurance | $_____ | $_____ |
| Loans | $_____ | $_____ |
| Fines | $_____ | $_____ |
| Other | $_____ | $_____ |

I certify under penalty of perjury that the foregoing is true and correct.

_____   _____
SIGNATURE OF DEFENDANT                              Date
(OR PERSON SEEKING REPRESENTATION)